```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR S-04-182 WBS
                                 )
12              Plaintiff,       )   GOVERNMENT'S
                                 )   MOTION TO DISMISS INDICTMENT
13      v.                       )
                                 )
14  RAULINE MARTHA LACAZE,       )
                                 )
15              Defendant.       )
                                 )
16
```

17      The United States of American by and through the undersigned
18 Assistant United States Attorney hereby moves this Court pursuant
19 to Rule 48(a) of the Federal Rules of Criminal Procedure to
20 dismiss the above entitled indictment.

21      Following the indictment defense counsel, Bruce Locke, Esq.,
22 has brought certain information to the attention of the
23 government.  This information was not know at the time the
24 government sought the indictment of the defendant in this case.
25 Based upon this information there are now legitimate questions as
26 to the guilt of the defendant.  Based upon these questions the
27 government cannot, in good conscience, continue the prosecution
28 of this case.  Accordingly the government requests that the Court

dismiss the Indictment on this case.

Dated: 5/31/05                              Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                  United States Attorney

                                                  By: /s/ Daniel S. Linhardt
                                                  DANIEL S. LINHARDT
                                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 31, 2005

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE